10-CR-74 (S-1)

Sergio Mejia-Barrera

## MEMORANDUM

TO: W. Dennis Harrell
Health Services Administrator
Metropolitan Correctional Center

RE: Medical Evaluation of an Inmate

---

On the date noted below, defendant Sergio Mejia-Barrera, who is currently detained at the Metropolitan Correctional Center, advised the Court that he was in need of medical attention. The Court brings this matter to your attention so that the inmate's medical problem may be addressed promptly. The specifics of the inmate's medical condition are as follows:

- asthma — for which requires access to nebulizer

and takes medication for a prostate condition (U.S. Marshal has the medication taken from defendant on arrest.

Dated: 4/16/10
Central Islip, New York

United States District Judge
Eastern District of New York
E. Thos Boyle